# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN CUNNINGHAM, individually and as a representative of a class of participants and beneficiaries in and on behalf of the USI 401(k) Plan,<br><br>                Plaintiff,<br><br>            v.<br><br>USI INSURANCE SERVICES, LLC; BOARD OF DIRECTORS OF USI INSURANCE SERVICES, LLC, USI 401(K) PLAN COMMITTEE, and JOHN and JANE DOES 1-30,<br><br>                Defendants. | Civil Action No. 21-cv-01819-NSR<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 09/02/2022 |

**MEMO ENDORSED**

### NOTICE OF DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint; the accompanying Declaration of Jonathan K. Youngwood, including all of the exhibits appended thereto; all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion, Defendants USI Insurance Services, LLC, Board of Directors of USI Insurance Services, LLC, and USI 401(k) Plan Committee will and hereby do move this Court, before the Honorable Nelson S. Román, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse located at 300 Quarropas Street, White Plains, New York, 10601 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint. Oral argument is requested on a date and at a time designated by the Court.

Dated:  September 2, 2022

SIMPSON THACHER & BARTLETT LLP

By  /s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
jyoungwood@stblaw.com

*Counsel for Defendants*

**The Court DENIES Defendants' motion without prejudice for failure to follow this Court's Individual Practices. See Sec. 3.A.ii.**

**The Clerk of the Court is directed to terminate the motion on ECF No. 49.**

**Dated: September 2, 2022**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2